UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Edi Hernan Cruz Perez,

Petitioner,

v.

David Marin, *et al.*,

Respondents.

Case No. 5:26-cv-01677-ODW-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is granted as to Count Eight;
3. Order Respondents to immediately release Petitioner Edi Hernan Cruz Perez (A# 206-503-193) from custody, subject to the conditions of his prior release.
4. Judgment shall be entered granting the Petition as to Count Eight; and
5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

It is hereby ADJUDGED that the Petition is GRANTED as to Count Eight.

DATED: September 10, 2026

Honorable Otis D. Wright, II
United States District Judge