UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Edi Hernan Cruz Perez,

Petitioner,

v.

David Marin, *et al.*,

Respondents.

Case No. 5:26-cv-01677-ODW-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted as to Count Eight of the Petition.

DATED: September 10, 2026

Honorable Otis D. Wright, II
United States District Judge